# White & Co.

A LIMITED LIABILITY COMPANY — ATTORNEYS • COUNSELLORS

| | | |
|---|---|---|
| **AVRAM D. WHITE, ESQ.** | 523 PARK AVENUE<br>THIRD FLOOR<br>ORANGE, NEW JERSEY 07050<br>Avram.randr@gmail.com | Telephone (973)-669-0857<br>Facsimile (888) 481-1709<br>E-Mail: avram.randr@gmail.com |
| Member: NJ Bar 020562007 | | |

April 1, 2020

Via ECF
Honorable Rosemary Gambardella, U.S.B.J.
Martin Luther King Jr. Federal Building and U.S. Courthouse
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102
Courtroom 3E

RE:   19-31339-RG
      BONNIE ROTHENBERGER
      Objection to Nationstar Mortgage / Mr. Cooper's Motion for Relief From Stay

Dear Judge Gambardella:

Please accept this letter as an objection to the Motion for Relief from Stay filed by Nationstar Mortgage / Mr. Cooper. The debtor disputes Nationstar Mortgage / Mr. Cooper's assertion that Nationstar Mortgage / Mr. Cooper is not adequately protected as the debtor has been making monthly adequate protection payments of approximately 2,500.00 per month to the movant.

I have not been able to meet with the debtor to formalize a certification of opposition because of the ongoing situation regarding the coronavirus but have spoken to the debtor since the filing of this motion. I advised her that I would object by letter in lieu of an in-person meeting.

I respectfully request the Court grant an adjournment of this matter as it is my belief that the only month possible outstanding with regard to adequate protection is March 2020.

Respectfully,

_____
Avram White, Esq.